# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158592(13)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* CATHERINE B. STEENLAND, JUDGE

SC: 158592
RFI No. 2017-22845

BEFORE THE JUDICIAL TENURE COMMISSION

_____/

On order of the Chief Justice, respondent's "Motion for Additional Time for the Anticipated Proceedings" is GRANTED IN PART. Respondent shall have an additional 60 days to respond to the JTC's 28-day letter. If either party requires additional time to meet the deadline imposed by this Court's order of December 14, 2018, it may file a motion requesting such while explaining in detail the efforts that were made to comply with the deadline and the specific reasons for the amount of additional time requested.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2019



Clerk